# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01701-LTB-OES

UNITED STATES OF AMERICA,

      Petitioner,

  v.

JAMES L. COVER,

      Respondent.

_____

# ORDER
_____

Upon motion of Petitioner made in open court on October 14, 2005, it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to bear their respective costs.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                  Lewis T. Babcock, Chief Judge

DATED: October 14, 2005